AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Braxton Travis MANSON**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2020__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Jose Uribe
*Complainant's signature*

Jose Uribe, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: February 18, 2020

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
## In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Braxton Travis MANSON | Case Number: |

1. On Wednesday, February 12, 2020, at approximately 6:15 p.m., Hebbronville Border Patrol Agents (BPAs) assigned to the Highway Interdiction Unit encountered a Gray Chevrolet Trax traveling north on Farm to Market Road (FM) 1017. BPAs travelling behind the vehicle in marked Border Patrol service units observed the operator of the vehicle, later identified as Braxton Travis Manson, driving the vehicle on the right shoulder of the highway and back onto the main highway several times. As BPAs continued to follow behind the vehicle, Manson made a sudden and abrupt right turn off of the highway and nearly collide with a ranch gate. BPAs stopped behind Manson and performed a welfare check on the occupants of the vehicle due to the erratic driving and near collision. Manson was visibly nervous and agitated with the BPAs during the welfare check. When BPAs asked Manson who was riding in the vehicle with him, Manson responded by saying he did not know who they were and that he was only giving them a ride. BPAs conducted an immigration inspection on the remaining three passengers, whereupon it was discovered that all three passengers were Guatemalan Nationals who were illegally present in the United States. All occupants of the vehicle were placed under arrest and transported to the Hebbronville Station for further investigation and processing.

2. The driver, Braxton Travis Manson, was advised of his Miranda Rights using the CBP Form I-214, Manson acknowledged his rights by signing the I-214 and chose to waive his rights by signing the waiver portion of the I-214. Manson freely and willingly admitted to being hired by someone from Corpus Christi, Texas to pick up some illegal aliens for a payment of $800.00 U.S. Dollars. Manson stated that he was instructed to pick up the three subjects (Humberto Aquino-Aquino, Dimas Leonidas Garcia-Molina, Santos Hermilindo Gonzalez-Cervantes) at a Burger King in McAllen, Texas and transport them north to Austin, Texas. Manson stated that he was to stop before the immigration checkpoint to drop off the subjects, then pick them up again after the checkpoint.

3. Dimas Leonidas Garcia-Molina was identified as a Material Witness in the case. Garcia-Molina admitted to being a Guatemalan National with no legal right to be or remain in the United States. Garcia-Molina further admitted to making arrangements with an unknown man in Reynosa, Mexico to be smuggled into the United States by paying $150.00 U.S. Dollars upfront and an additional amount upon his arrival at his final destination in Austin, Texas. Garcia-Molina stated that after illegally crossing the Rio Grande River into the United States, that he was picked up by an unknown man and taken to a house, then to a shopping center where he was then transferred into the vehicle he was arrested in. Garcia-Molina stated that Manson had given him a phone and that when they arrived at the drop off point he would receive a phone call with further instructions. Garcia-Molina was able to positively identify Braxton Travis Manson as the driver of the vehicle using a six person photo line-up.

4. Santos Hermilindo Gonzalez-Cervantes was identified as a Material Witness in the case. Gonzalez-Cervantes admitted to being a Guatemalan National with no legal right to be or remain in the United States. Gonzalez-Cervantes further admitted to making arrangements to be smuggled into the United States by paying an unknown man $7,000.00 U.S. Dollars in Guatemala to be smuggled to Austin, Texas. Gonzalez-Cervantes stated that after illegally crossing the Rio Grande River, he was taken to a home where he waited for several hours, and was then picked up by a man in a white car and taken to a place where the gray vehicle he was arrested in was waiting for him. Gonzalez-Cervantes stated that Manson was talking on a cellphone in English with someone while he was driving before they got arrested. Gonzalez-Cervantes was able to positively identify Braxton Travis Manson as the driver of the vehicle using a six person photo line-up.

SUBSCRIBED and SWORN to before me on

_____18th_____ day of _____February, 2020_____

| | |
|---|---|
| _____ | /S/ Uribe, Jose   Border Patrol Agent |
| **Signature of Judicial Officer** | **Signature of Complainant** |